Daniel J. Hofmeister, Jr. (*pro hac vice*)
Thomas C. Hardy (*pro hac vice*)
**REED SMITH LLP**
10 S. Wacker Dr., 40th Floor
Chicago, Illinois 60606
Tel: 312.207.1000
Fax: 312.207.6400
Email: dhofmeister@reedsmith.com
	thardy@reedsmith.com

Samuel A. Diddle, ISB #4967
**ELAM & BURKE, P.A.**
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Tel.: (208) 343-5454
Fax: (208) 384-5844
Email: sdiddle@elamburke.com

*Attorneys for Defendant Blue Cross of Idaho Health Service, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCENTSY, INC., an Idaho corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>BLUE CROSS OF IDAHO HEALTH SERVICE, INC., an Idaho corporation,<br><br>*Defendant.* | Case No. 1:23-cv-00552<br><br>**DEFENDANT BLUE CROSS OF IDAHO HEALTH SERVICE, INC.'S MOTION TO EXTEND EXPERT DISCOVERY DEADLINES** |

Defendant Blue Cross of Idaho Health Service, Inc. ("BCI"), by and through its undersigned counsel, hereby moves this Court to extend the remaining expert discovery deadlines in this case by three weeks, to provide additional time for BCI's expert to review third-party discovery that BCI has only recently received or has yet to receive. BCI's Memorandum in Support of this Motion, filed contemporaneously with this Motion, provides additional facts and points and authorities and is incorporated herein.

**DEFENDANT BLUE CROSS OF IDAHO HEALTH SERVICE, INC.'S MOTION TO EXTEND EXPERT DISCOVERY DEADLINES - 1**

Counsel for BCI sought to confer with Plaintiff's counsel of record Ryan McFarland, Brent Bastian, and Adam Warr concerning the relief sought in this Motion via electronic mail on June 12, 2025 and via telephone on June 13, 2025, but did not receive a response.

WHEREFORE, BCI respectfully requests that the Court extend the remaining expert discovery deadlines by three weeks.

Dated: June 13, 2025.

Respectfully submitted,

*/s/ Thomas C. Hardy*
Daniel J. Hofmeister, Jr. (*pro hac vice*)
Thomas C. Hardy (*pro hac vice*)
**REED SMITH LLP**
10 S. Wacker Dr., 40th Floor
Chicago, Illinois 60606
Tel: 312.207.1000
Fax: 312.207.6400
Email: dhofmeister@reedsmith.com
       thardy@reedsmith.com

*/s/ Samuel L. Diddle*
Samuel A. Diddle, ISB #4967
**ELAM & BURKE, P.A.**
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Tel.: (208) 343-5454
Fax: (208) 384-5844
Email: sdiddle@elamburke.com

*Attorneys for Defendant Blue Cross of Idaho Health Service, Inc.*

**DEFENDANT BLUE CROSS OF IDAHO HEALTH SERVICE, INC.'S MOTION TO EXTEND EXPERT DISCOVERY DEADLINES - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send Notice of Electronic Filing to the Plaintiff's counsel of record.

/s/ Samuel A. Diddle
Samuel A. Diddle

4935-0332-3982, v. 1